**Marquis & Aurbach**
Jay Young, Esq.
Nevada Bar No. 5562
David T. Duncan, Esq.
Nevada Bar No. 9546
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
j@marquisaurbach.com
dduncan@marquisaurbach.com
    Attorneys for Plaintiff/Counter-Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ULTRA INTERNET MEDIA, S.A., a company organized under the laws of Nevis, West Indies; and GIGAMEDIA LIMITED, a company organized under the laws of the Republic of China (Taiwan); and DOES 1-10,<br><br>                Plaintiff/Counter-Defendants,<br><br>        v.<br><br>HARRAH'S LICENSE COMPANY, LLC, a Nevada limited liability company; and HARRAH'S INTERACTIVE ENTERTAINMENT, INC., a Delaware corporation,<br><br>                Defendants/Counterclaimants. | Consolidated Base Case File No.: 2:10-cv-00455-JCM-RJJ<br><br>(consolidated with Case No.: 2:10-cv-00607-JCM-RJJ)<br><br>(consolidated w/ Case No.: 2:10-cv-00904-JCM-LRL)RJJ<br><br>**ORDER DENYING EVEREST GAMING LIMITED'S MOTION FOR PRELIMINARY INJUNCTION** |
| EVEREST GAMING LIMITED,<br><br>                Plaintiff,<br><br>        v.<br><br>HARRAH'S INTERACTIVE ENTERTAINMENT, INC.; and HARRAH'S LICENSE COMPANY, LLC,<br><br>                Defendants. | |

This matter came before the Court on August 12, 2010 for the hearing on Everest Gaming Limited's ("Everest") Motion for Preliminary Injunction (the "Motion for PI") (Everest Gaming Lawsuit Docket No. 4). At the hearing, Everest appeared and was represented by Jay Young,

Esq. and David T. Duncan, Esq. of the law firm of Marquis & Aurbach, and by Timothy J. Kelly, Esq. and Ralph A. Dengler, Esq. of the law firm of Fitzpatrick, Cella, Harper & Scinto. Harrah's License Company, LLC ("HLC") and Harrah's Interactive Entertainment, Inc. ("HIE") (and collectively, "Harrah's") appeared and were represented by James D. Boyle, Esq. and the law firm of Santoro, Driggs, Walch, Kearney, Holley & Thompson.

Having reviewed the papers submitted in support of and in opposition to the Motion for PI, and having heard the oral argument of counsel, the Court denies the Motion. Harrah's uses of the mark EVEREST POKER in association with the 2010 World Series of Poker are only potentially improper or infringing of Everest's rights, title and interest in and to said mark if the Promotional Agreement was effectively terminated. The Court cannot conclude that either party is likely to succeed on the merits of demonstrating that the Promotional Agreement by and between Harrah's and Ultra Internet Media, S.A. ("UIM") was effectively terminated or not." THEREFORE, it is hereby ORDERED, ADJUDGED and DECREED that Everest Gaming Limited's Motion for Preliminary Injunction is DENIED.

DATED: August 20, 2010.

_____
UNITED STATES DISTRICT JUDGE