**Marquis & Aurbach**
Jay Young, Esq.
Nevada Bar No. 5562
David T. Duncan, Esq.
Nevada Bar No. 9546
Liane K. Wakayama, Esq.
Nevada Bar No. 11313
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
j@marquisaurbach.com
dduncan@marquisaurbach.com
lwakayama@marquisaurbach
Attorneys for Ultra Internet Media, S.A.,
Everest Gaming Limited, and GigaMedia, Limited

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ULTRA INTERNET MEDIA, S.A., a company organized under the laws of Nevis, West Indies,<br><br>Plaintiff,<br><br>v.<br><br>HARRAH'S LICENSE COMPANY, LLC, a Nevada limited liability company,<br><br>Defendant.<br><br>AND ALL RELATED CASES | Consolidated Base Case File No.: 2:10-cv-00455-JCM-RJJ<br><br>(consolidated with Case No.: 2:10-cv-00607-JCM-RJJ)<br><br>(consolidated w/ Case No.: 2:10-cv-00904-JCM-LRL) |

## ORDER DENYING MOTION TO DISMISS

Plaintiff/Counterdefendant Harrah's Interactive Entertainment, Inc.'s (hereinafter "HIE") Motion to Dismiss (#47) Defendant/Counterclaimant Ultra Internet Media, S.A.'s (hereinafter "UIM") Counterclaims (#10) in Consolidated Case No.: 2:10-cv-00607-JCM-RJJ came before this Court for oral argument on September 8, 2010. Having reviewed the pleadings and papers on file herein, and having heard the arguments of counsel, the Court hereby ORDERS, ADJUDGES, AND DECREES as follows:

1. HIE's Motion to Dismiss (#47) is DENIED without prejudice.

*James C. Mahan*
UNITED STATES DISTRICT JUDGE
Dated: September 15, 2010

Submitted by:

MARQUIS & AURBACH

By _____
   Jay Young, Esq.
   Nevada Bar No. 5562
   David T. Duncan, Esq.
   Nevada Bar No. 9546
   10001 Park Run Drive
   Las Vegas, Nevada 89145

Approved as to Form and Content:

SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON


By ____/s/ James D. Boyle____
   Nicholas J. Santoro, Esq.
   Nevada Bar No. 00532
   James D. Boyle, Esq.
   Nevada Bar No. 08384
   400 South Fourth Street, Third Floor
   Las Vegas, Nevada 89101

GIBSON, DUNN & CRUTCHER LLP


By ____/s/ James P. Fogelman____
   James P. Fogelman, Esq.
   Nevada Bar No. 09803
   333 South Grand Avenue
   Los Angeles, California 90071-3197

M&A:11641-001 1145474_1 9/13/2010 8:04 AM