1  **Marquis & Aurbach**
   Jay Young, Esq.
2  Nevada Bar No. 5562
   David T. Duncan, Esq.
3  Nevada Bar No. 9546
   Liane K. Wakayama, Esq.
4  Nevada Bar No. 11313
   10001 Park Run Drive
5  Las Vegas, Nevada 89145
   Telephone: (702) 382-0711
6  Facsimile: (702) 382-5816
   j@marquisaurbach.com
7  dduncan@marquisaurbach.com
   lwakayama@marquisaurbach
8  Attorneys for Ultra Internet Media, S.A.,
   Everest Gaming Limited, and GigaMedia, Limited
9

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ULTRA INTERNET MEDIA, S.A., a company organized under the laws of Nevis, West Indies, | Consolidated Base Case File No.: 2:10-cv-00455-JCM-RJJ |
| Plaintiff, | (consolidated with Case No.: 2:10-cv-00607-JCM-RJJ) |
| v. | |
| HARRAH'S LICENSE COMPANY, LLC, a Nevada limited liability company, | (consolidated w/ Case No.: 2:10-cv-00904-JCM-LRL) |
| Defendant. | |
| AND ALL RELATED CASES | |

## ORDER DENYING MOTION TO DISMISS

Defendant Harrah's License Company, LLC's (hereinafter "HLC") Motion to Dismiss (#38) Plaintiff Ultra Internet Media, S.A.'s (hereinafter "UIM") Amended Complaint (#28) in Consolidated Base Case File No.: 2:10-cv-00455-JCM-RJJ came before this Court for oral argument on September 8, 2010. Having reviewed the pleadings and papers on file herein, and having heard the arguments of counsel, the Court hereby ORDERS, ADJUDGES, AND DECREES as follows:

M&A:11641-001 1144913_1 9/13/2010 7:56 AM

1. HLC's Motion to Dismiss (#38) is DENIED without prejudice.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE
Dated: September 15, 2010

Submitted by:

MARQUIS & AURBACH

By _____
Jay Young, Esq.
Nevada Bar No. 5562
David T. Duncan, Esq.
Nevada Bar No. 9546
10001 Park Run Drive
Las Vegas, Nevada 89145

Approved as to Form and Content:

SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON


By ___/s/ James D. Boyle___
Nicholas J. Santoro, Esq.
Nevada Bar No. 00532
James D. Boyle, Esq.
Nevada Bar No. 08384
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

GIBSON, DUNN & CRUTCHER LLP


By ___/s/ James P. Fogelman___
James P. Fogelman, Esq.
Nevada Bar No. 09803
333 South Grand Avenue
Los Angeles, California 90071-3197

M&A:11641-001 1144913_1 9/13/2010 8:03 AM