1   NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 00532

2   JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384

3   SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON

4   400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

5   Telephone:   702/791-0308
Facsimile:   702/791-1912

6

7   JAMES P. FOGELMAN, ESQ.
Nevada Bar No. 09803

8   GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue

9   Los Angeles, California  90071-3197
Telephone:   213/229-7000

10   Facsimile:   213/229-7520

11   *Attorneys for Harrah's License Company, LLC and Harrah's Interactive Entertainment, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ULTRA INTERNET MEDIA, S.A., a company organized under the laws of Nevis, West Indies; and GIGAMEDIA LIMITED, a company organized under the laws of the Republic of China (Taiwan); and DOES 1-10,<br><br>          Plaintiff/Counter-Defendants,<br><br>   v.<br><br>HARRAH'S LICENSE COMPANY, LLC, a Nevada limited liability company; and HARRAH'S INTERACTIVE ENTERTAINMENT, INC., a Delaware corporation,<br><br>          Defendants/Counterclaimants.<br><br>EVEREST GAMING LIMITED,<br><br>          Plaintiff,<br><br>   v.<br><br>HARRAH'S INTERACTIVE ENTERTAINMENT, INC.; and HARRAH'S LICENSE COMPANY, LLC,<br><br>          Defendants. | Consolidated Base Case File No.:  2:10-cv-00455-JCM-RJJ<br><br>(consolidated with Case No.:  2:10-cv-00607-KJD-LRL)<br><br>(consolidated w/ Case No.:  2:10-cv-00904-JCM-LRL)<br><br>**ORDER DENYING ULTRA INTERNET MEDIA, S.A.'S MOTION TO DISMISS CLAIM FOR UNJUST ENRICHMENT** |

06247-44/644731.doc

This matter came before the Court on September 8, 2010 for the hearing on Ultra Internet Media, S.A.'s ("UIM") Motion to Dismiss Claim for Unjust Enrichment (the "Motion to Dismiss") (Case No.: 2:10-cv-00607-KJD-LRL, Docket No. 6). At the hearing, UIM appeared and was represented by Jay Young, Esq. and David T. Duncan, Esq. of the law firm of Marquis & Aurbach, and by Timothy J. Kelly, Esq. of the law firm of Fitzpatrick, Cella, Harper & Scinto. Harrah's License Company, LLC ("HLC") and Harrah's Interactive Entertainment, Inc. ("HIE") (and collectively, "Harrah's") appeared and were represented by James P. Fogelman, Esq. of the law firm of Gibson, Dunn & Crutcher LLP and James D. Boyle, Esq. of the law firm of Santoro, Driggs, Walch, Kearney, Holley & Thompson.

Having reviewed the papers submitted in support of and in opposition to the Motion to Dismiss, and having heard the oral argument of counsel, it is hereby ORDERED, ADJUDGED and DECREED that UIM's Motion to Dismiss (Case No.: 2:10-cv-00607-KJD-LRL, Docket No. 6) is DENIED.

DATED:       September 30, 2010.

_____
UNITED STATES DISTRICT JUDGE

06247-44/644731.doc

- 2 -