1  NICHOLAS J. SANTORO, ESQ.
   Nevada Bar No. 00532
2  JAMES D. BOYLE, ESQ.
   Nevada Bar No. 08384
3  SANTORO, DRIGGS, WALCH,
   KEARNEY, HOLLEY & THOMPSON
4  400 South Fourth Street, Third Floor
   Las Vegas, Nevada 89101
5  Telephone:    702/791-0308
   Facsimile:    702/791-1912
6
   JAMES P. FOGELMAN, ESQ.
7  Nevada Bar No. 09803
   GIBSON, DUNN & CRUTCHER LLP
8  333 South Grand Avenue
   Los Angeles, California 90072-3197
9  Telephone:    213-229-7000
   Facsimile:    213-229-7520
10
11 *Attorneys for Harrah's License Company, LLC and Harrah's Interactive Entertainment, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ULTRA INTERNET MEDIA, S.A., a company organized under the laws of Nevis, West Indies; and GIGAMEDIA LIMITED, a company organized under the laws of the Republic of China (Taiwan); and DOES 1-10,<br><br>        Plaintiff/Counter-Defendants,<br><br>v.<br><br>HARRAH'S LICENSE COMPANY, LLC, a Nevada limited liability company; and HARRAH'S INTERACTIVE ENTERTAINMENT, INC., a Delaware corporation,<br><br>        Defendants/Counterclaimants. | Consolidated Base Case File No.: 2:10-cv-00455-JCM-RJJ<br><br>(consolidated with Case No.: 2:10-cv-00607-JCM-RJJ)<br><br>(consolidated w/ Case No.: 2:10-cv-00904-JCM-LRL)<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON ULTRA INTERNET MEDIA S.A.'s MOTIONS FOR PARTIAL SUMMARY JUDGMENT** |
| EVEREST GAMING LIMITED,<br><br>        Plaintiff,<br><br>v.<br><br>HARRAH'S INTERACTIVE ENTERTAINMENT, INC.; and HARRAH'S LICENSE COMPANY, LLC,<br><br>        Defendants. | |

- 1 -

06247-44/677110.doc

      Pursuant to LR 7-1, Ultra Internet Media, S.A. ("UIM"), Harrah's License Company, LLC ("HLC"), and Harrah's Interactive Entertainment, Inc. ("HIE"), by and through their respective counsel of record, hereby submit this Stipulation and Order to Set Briefing Schedule on Ultra Internet Media S.A.'s Motions for Partial Summary Judgment (the "Stipulation").

      Specifically, UIM has filed the following motions:

1. Motion for Partial Summary Judgment (#1) On Affiliation (Docket No. 104), filed on December 3, 2010;

2. Motion for Partial Summary Judgment (#2) On Harrah's Representations of Control, filed on December 7, 2010; and

3. Motion for Partial Summary Judgment (#3) On Full Tilt Poker As Everest's Competitor (Docket No. 109), filed on December 10, 2010.

(collectively, the "Motions for Partial Summary Judgment").

      Pursuant to this Stipulation, UIM, HLC and HIE hereby agree that: (a) HLC and HIE shall have by and through January 4, 2011 to file their response briefing to the Motions for Partial Summary Judgment; and (b) UIM shall have by and through January 25, 2011 to file its reply briefing in support of the Motions for Partial Summary Judgment.

      DATED this 14th day of December, 2010.

| MARQUIS & AURBACH | SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON |
|---|---|
| By: /s/ David T. Duncan<br>JAY YOUNG, ESQ.<br>Nevada Bar No. 05562<br>DAVID T. DUNCAN, ESQ.<br>Nevada Bar No. 09546<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br><br>*Attorneys for Ultra Internet Media, S.A.* | By: /s/ James D. Boyle<br>NICHOLAS J. SANTORO, ESQ.<br>Nevada Bar No. 00532<br>JAMES D. BOYLE, ESQ.<br>Nevada Bar No. 08384<br>400 S. Fourth Street, Third Floor<br>Las Vegas, Nevada 89101<br><br>**GIBSON, DUNN & CRUTCHER LLP**<br><br>JAMES P. FOGELMAN, ESQ.<br>Nevada Bar No. 09803<br>333 South Grand Avenue<br>Los Angeles, California 90072-3197<br><br>*Attorneys for Harrah's License Company, LLC and Harrah's Interactive Entertainment, Inc.* |

06247-44/677110.doc

## ORDER

Pursuant to the stipulation of counsel for Ultra Internet Media, S.A. ("UIM"), Harrah's License Company, LLC ("HLC"), and Harrah's Interactive Entertainment, Inc. ("HIE"), as set forth above, the Court hereby sets the following briefing schedule on UIM's pending Motions for Partial Summary Judgment (Docket Nos. 104, 107 and 109):

1. HLC and HIE shall have by and through January 4, 2011 to file their response briefing to the Motions for Partial Summary Judgment; and

2. UIM shall have by and through January 25, 2011 to file its reply briefing in support of the Motions for Partial Summary Judgment.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE/

DATE: December 17, 2010

06247-44/677110.doc