UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ULTRA INTERNET MEDIA, S.A., etc., *et al.*,<br><br>                Plaintiff,<br><br>vs.<br><br>CAESARS INTERACTIVE,<br>ENTERTAINMENT, INC., etc., *et al.*,<br><br>                Defendant. | BASE FILE: 2:10-cv-455-JCM-RJJ<br><br>**ORDER** |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on March 7, 2011.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this   24th   day of February, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge