1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Marquis Aurbach Coffing**
JAY YOUNG, ESQ.
Nevada Bar No. 5562
DAVID T. DUNCAN, ESQ.
Nevada Bar No. 9546
JAMIE A. FROST, ESQ.
Nevada Bar No. 11507
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
jay@maclaw.com
dduncan@maclaw.com
jfrost@maclaw.com
Attorneys for Ultra Internet Media, S.A.,
    Everest Gaming Limited, and GigaMedia Limited

**Fitzpatrick, Cella, Harper & Scinto**
TIMOTHY J. KELLY, ESQ.
RALPH A. DENGLER, ESQ.
*Pro Hac Vice*
1290 Avenue of the Americas
New York, NY  10104-3800
Telephone: (212) 218-2100
Facsimile: (212) 218-2200
tkelly@fchs.com
rdengler@fchs.com
Attorneys for Everest Gaming Limited

*MARQUIS AURBACH COFFING*
*10001 Park Run Drive*
*Las Vegas, Nevada 89145*
*(702) 382-0711 FAX: (702) 382-5816*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ULTRA INTERNET MEDIA, S.A., a company organized under the laws of Nevis, West Indies;, <br><br> Plaintiff, <br><br> v. <br><br> CAESARS LICENSE COMPANY, LLC, a Nevada limited liability company, <br><br> Defendant. | Consolidated Base Case File No.:  2:10-cv-00455-JCM-RJJ <br><br> (consolidated with Case No.:  2:10-cv-00607-JCM-RJJ) <br><br> (consolidated w/ Case No.:  2:10-cv-00904-JCM-LRL)RJJ |
| AND ALL RELATED CASES | **ORDER REGARDING MOTION FOR PARTIAL SUMMARY JUDGMENT (#1) ON AFFILIATION, MOTION FOR PARTIAL SUMMARY JUDGMENT (#2) ON HARRAH'S REPRESENTATIONS OF CONTROL, MOTION FOR PARTIAL SUMMARY JUDGMENT (#3) ON FULL TILT POKER AS EVEREST'S COMPETITOR** |

MAC:11641-001 1324511_1.DOC 4/22/2011 1:46 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**ORDER REGARDING MOTION FOR PARTIAL SUMMARY JUDGMENT (#1) ON AFFILIATION, MOTION FOR PARTIAL SUMMARY JUDGMENT (#2) ON HARRAH'S REPRESENTATIONS OF CONTROL, MOTION FOR PARTIAL SUMMARY JUDGMENT (#3) ON FULL TILT POKER AS EVEREST'S COMPETITOR**

Ultra Internet Media, S.A.'s (hereinafter "UIM"), Motion for Partial Summary Judgment (#1) on Affiliation, Motion for Partial Summary Judgment (#2) on Harrah's Representations of Control, and Motion for Partial Summary Judgment (#3) on Full Tilt Poker as Everest's Competitor came before this Court for oral argument on April 15, 2010.  Having reviewed the pleadings and papers on file herein, and having heard the arguments of counsel, the Court hereby ORDERS, ADJUDGES, AND DECREES as follows:

1. UIM's Motion for Partial Summary Judgment (#1) on Affiliation is DENIED.

2. UIM's Motion for Partial Summary Judgment (#2) on Harrah's Representations of Control is DENIED.

3. UIM's Motion for Partial Summary Judgment (#3) on Full Tilt Poker as Everest's Competitor is GRANTED.

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

MAC:11641-001 1324511_1.DOC 4/22/2011 1:46 PM

1   In denying UIM's Motion for Partial Summary Judgment (#1) on Affiliation and UIM's

2   Motion for Partial Summary Judgment (#2) on Harrah's Representations of Control, the Court

3   finds the Promotional Agreement to be ambiguous such as to preclude summary judgment.

4   In granting UIM's Motion for Partial Summary Judgment (#3) on Full Tilt Poker as

5   Everest's Competitor, the Court finds that Full Tilt Poker is identified as an Everest Competitor

6   in Exhibit F to the Promotional Agreement and that Full Tilt Poker was, in fact, a competitor of

7   the Everest Brand during the term of the Promotional Agreement.

10  UNITED STATES DISTRICT JUDGE

11  Dated: April 28, 2011

13  Submitted by:

14  MARQUIS & AURBACH

15  By

16  Jay Young, Esq.
    Nevada Bar No. 5562
17  David T. Duncan, Esq.
    Nevada Bar No. 9546
18  Jamie A. Frost, Esq.
    Nevada Bar No. 11507
19  10001 Park Run Drive
    Las Vegas, Nevada 89145
20  Attorneys for Ultra Internet Media, S.A.,
    Everest Gaming Limited, and GigaMedia,
21  Limited

28

Page 3 of 3

MAC:11641-001 1324511_1.DOC 4/22/2011 1:46 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816