UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ULTRA INTERNET MEDIA S.A.,

    Plaintiff,

v.

HARRAH'S LICENSE COMPANY, LLC,

    Defendant.

2:10-CV-455 JCM (RJJ)

### ORDER

Presently before the court is Gigamedia Limited's motion to seal its limited reply in support of motion for partial summary judgment on Harrah's third and fourth claims for relief (doc. #176). (doc. #177). Gigamedia cites the parties' stipulated protective order (doc. #81) in support of the motion, noting that the reply was inadvertently not filed under seal.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Gigamedia's motion to seal its reply (doc. #177) is GRANTED;

IT IS FURTHER ORDERED that the clerk of the court shall seal Gigamedia's reply (doc. #176).

DATED June 9, 2011.

                              UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**