# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ULTRA INTERNET MEDIA S.A.,

    Plaintiff,

v.

HARRAH'S LICENSE COMPANY, LLC,

    Defendant.

2:10-CV-455 JCM (RJJ)

## ORDER

Presently before the court is Ultra Internet Media, S.A.'s ("UIM") motion to exceed page limit pursuant to LR 7-4. (Doc. #193). To date, no response has been filed.

Also before the court is Caesars Interactive Entertainment and Caesars License Company's motion to strike or request for leave to file surreply in response to GigaMedia Limited's reply in support of motion for partial summary judgment. (Doc. #198). Consolidated defendant GigaMedia Limited has responded (doc. #248), and Caesars has replied (doc. #260).

**I.  Motion to Exceed Page Limit**

Local Rule 7-4 states that, "[u]nless otherwise ordered by the court, pretrial and post-trial briefs and points and authorities in support of, or in response to, motions shall be limited to thirty (30) pages." Here, UIM requests permission to exceed this page limit by fourteen pages due to the complex legal and factual issues raised in the parties' competing motions for partial summary judgment. In light of the fact that no opposition to the motion has been filed, and considering the fact that this is UIM's first such motion, the court grants the page extension.

**James C. Mahan**
**U.S. District Judge**

## II.     Motion to Strike or File Surreply

Caesars argues that GigaMedia included new arguments and evidence in its reply (doc. #176) in support of its motion for summary judgment, and the court should either strike the new material or allow Caesars to file a surreply. Caesars has attached a proposed surreply and affidavit as exhibits to the motion. (*See* docs. #198-A and 198-B). GigaMedia responds that none of the argument in the reply is new; rather, the material merely clarifies arguments made previously and refutes issues raised in the opposition.

In the interest of considering all the evidence, especially in a case as factually complex as this, the court denies the motion to strike but grants the motion to file a surreply. The court shall consider the entirety of the reply (doc. #176) and the surreply in ruling on the motion for summary judgment (doc. #158). Caesars shall file the surreply forthwith.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the motion to exceed page limit (doc. #193) be, and the same hereby is, GRANTED;

IT IS FURTHER ORDERED that the motion to strike or file a surreply (doc. #198) be, and the same hereby is, GRANTED in part. Movants shall file a surreply in response to GigaMedia's reply in support of the motion for partial summary judgment forthwith.

DATED August 5, 2011.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -